JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RIVERA,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 16-05735-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED: May 22, 2017

_____
KAREN E. SCOTT
United States Magistrate Judge